**MOENCH LAW, LLC**
By: Matthew C. Moench, Esq., 031462007
1303 Roger Avenue,
Bridgewater, New Jersey 08807
T: (908) 208-1910
F: (908) 393-7103
moenchlawllc@gmail.com
*Attorney for Plaintiffs,*
*Michael Thulen, Jr., Michael Porter,*
*and Terence Gaudlip*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL THULEN JR., et al.**<br><br>Plaintiffs,<br><br>vs.<br><br>**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, NEW JERSEY COUNCIL 63**, **et al.**,<br><br>Defendants | DOCUMENT ELECTRONICALLY FILED<br><br><br>Civil Action No. 1:18-cv-14584-RMB-AMD<br>Hon. Renee Marie Bumb<br><br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF CROSS-MOTION FOR DECLARATION OF CONSTITUTIONAL RIGHT

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on July 1, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiffs, Michael Thulen, Michael Porter, and Terence Gaudlip, shall move pursuant to Local Civil Rule 7.1 before the

1

Honorable Renee Marie Bumb at the United States District Court for the District of New Jersey, Mitchell H. Cohen Building and U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101 for an order declaring that union members have a Constitutional right to leave the union and cease making payments at any time pursuant to the rights protected in the First and Fourteenth Amendments, and articulated in Janus v. AFSCME Council 31, 585 U.S. ___ (2018).

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely upon their Memorandum of Law in Opposition to Defendants' Motions to Dismiss and in Support of Plaintiffs' Cross-Motion, supporting Declaration of Matthew C. Moench, Esq., and proposed form of Order filed herewith in support of this application.

DATED: June 14, 2019

Respectfully submitted,

MOENCH LAW, LLC
1303 Roger Avenue
Bridgewater, NJ 08807

By:   /s/ Matthew C. Moench
Matthew C. Moench, Esq.

Patrick J. Wright, Esq.
Mackinac Center Legal Foundation
140 W. Main Street
Midland, MI 48642
(989) 631-0900
wright@mackinac.org
Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*